# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STEPHEN MUCCIO, individually and on behalf of all others similarly situated,

*Plaintiff*,

*v*.

USHEALTH ADVISORS, LLC,

*Defendant*.

**CASE NO: 9:22-cv-80773-DMM**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Stephen Muccio, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice. All claims of the putative class members are dismissed without prejudice.

DATED: May 26, 2022

Respectfully submitted,

By: /s/ Manuel S. Hiraldo

Manuel S. Hiraldo, Esq.
401 E. Las Olas Blvd.
Ste. 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
954-400-4713