Filing # 151148088 E-Filed 06/09/2022 09:11:18 AM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-022130-CA-01
SECTION: CA44
JUDGE: Alan Fine

**Lara Diez**

Plaintiff(s)

vs.

**American Landmark LLC**

Defendant(s)

______________________________/

**ORDER DENYING DEFENDANT'S MOTION FOR ENTRY OF AN ORDER ON ENTITLEMENT TO ATTORNEY'S FEES AND COSTS AND DENYING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT AND DEFENDANT'S COUNSEL**

**THIS MATTER** came before this Court for hearing on June 8, 2022 on: (1) Defendant's Motion for Entry of an Order on Entitlement to Attorney's Fees; and Costs; and (2) Plaintiff's Motion for Sanctions Against Defendant and Defendant's Counsel. The Court having heard argument of counsel, and considered the Motions, and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED**:

Both Motions are DENIED for reasons stated on the record.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 9th day of June, 2022.



2021-022130-CA-01 06-09-2022 9:00 AM
Hon. Alan Fine

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Garry W O'Donnell, garry.odonnell@gmlaw.com
Garry W O'Donnell, elaine.hill@gmlaw.com
John Henry Pelzer Esq., john.pelzer@gmlaw.com
John Henry Pelzer Esq., dotti.cassidy@gmlaw.com
Manuel S Hiraldo, mhiraldo@hiraldolaw.com
Rachel Dapeer, rachel@dapeer.com
Rachel N. Dapeer, rachel@dapeer.com

**Physically Served:**