**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STEPHEN MUCCIO, individually and on behalf of all other similarly situated,

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
_____________________________________/

CASE NO.: 9:22-cv-81436-DMM

**CLASS ACTION**

**JOINT NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTIONS REGARDING ATTORNEYS' FEES AND PLAINTIFF'S REQUEST FOR SANCTIONS**

Plaintiff Stephen Muccio and Defendant USHEALTH Advisors, LLC hereby jointly give notice that, pursuant to an agreement reached between the parties, they are withdrawing the following motions regarding attorneys' fees or requests pending before the Court: (1) Defendant USHEALTH Advisors, LLC's Motion for Award of Entitlement to Attorneys' Fees and Costs and Incorporated Memorandum of Law, Dkt. No. 10; (2) Defendant USHEALTH Advisors, LLC's Motion for Determination of Amount of Attorneys' Fees and Incorporated Memorandum of Law, Dkt. No. 15; and (3) Plaintiff Stephen Muccio's request for sanctions included in his Response in Opposition to Defendant's Motion for Award of Entitlement to Attorneys' Fees and Costs, and Request for Sanctions against Defendant and Defendant's Counsel, Dkt. No. 11.

Dated: March 8, 2023

Respectfully submitted,

HIRALDO P.A.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380

GREENSPOON MARDER LLP

By: */s/ Roy Taub*
JEFFREY A. BACKMAN
Florida Bar No. 662501

401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

THE LAW OFFICES OF JIBRAEL S. HINDI
Jibrael S. Hindi, Esq.
Florida Bar No. 118259
110 SE 6th Street, Suite 1744
Ft. Lauderdale, Florida 33301

*Attorneys for Plaintiff*
*Stephen Muccio*

ROY TAUB
Florida Bar No. 116263
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
alyson.mercier@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendant*
*United HealthCare Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2023, a true and correct copy of the foregoing document was electronically filed on the Court's CM/ECF system, which forwards a copy to all counsel of record.

By: */s/ Roy Taub*
ROY TAUB